[No. 43389-3-II.  Division Two.  March 19, 2014.]

*In the Matter of the Personal Restraint of* ALBERT JAMAAL YOUNGBLOOD, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00819-3, John F. Nichols, J., entered August 7, 2009. *Denied* by unpublished opinion per Worswick, C.J., concurred in by Hunt, J., and Penoyar, J. Pro Tem.

[No. 43576-4-II.  Division Two.  March 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANNE BELLE BARRINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00119-1, James W. Lawler, J., entered June 8, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Maxa, J.

[No. 44063-6-II.  Division Two.  March 19, 2014.]

SCOTT A. WALKER ET AL., *Appellants*, v. SCOTT SERVEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-11321-9, Edmund Murphy, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Lee, J., and Penoyar, J. Pro Tem.

[No. 44197-7-II.  Division Two.  March 19, 2014.]

*In the Matter of the Marriage of* MARIUSZ K. KOWALEWSKI, *Appellant*, and BARBARA B. KOWALEWSKA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-03700-1, Kathryn J. Nelson, J., entered October 12, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Hunt and Bjorgen, JJ.